JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. COTTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Defendant. | NO. EDCV 15-2314-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered for Defendants and that this action is dismissed with prejudice as to claims one through six and without prejudice as to claims seven and nine through twelve.

DATED: December 8, 2016

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　Chief United States District Judge